UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                          **PLAINTIFF**

**v.**           **CASE NO. 4:09cr00296-08 BSM**

**JOSE PENA**                                              **DEFENDANT**

## ORDER

The United States moves to dismiss without prejudice the case against defendant Jose Pena. [Doc. No. 214]. For good cause shown, the motion is granted and the case against defendant Jose Pena is dismissed without prejudice. Any active warrant for his arrest in this case is quashed and should be returned un-executed.

IT IS SO ORDERED this 7th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE